**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alfreda R. Thinner  fka Alfreda R. Scott fka Alfreda R. Thorpe | CHAPTER 13 |
| Debtor(s) | BKY. NO. 16-18322 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Rebecca A. Solarz*
                                Rebecca Solarz
                                21 Oct 2020, 13:02:34, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322