Certificate Number: 12433-PAE-DE-036041785

Bankruptcy Case Number: 16-18322



12433-PAE-DE-036041785

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2021, at 1:05 o'clock PM EDT, Alfreda R. Garlington completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 5, 2021                By:    /s/Lance Brechbill

Name:    Lance Brechbill

Title:    Teacher