United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alfreda R. Thinner  
    Debtor

Case No. 16-18322-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 24, 2021     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfreda R. Thinner, 5213 Arlington Street, Philadelphia, PA 19131-3202 |
| 13925160 | + | BorrowersFirst, Inc., PO Box 593007, San Antonio, TX 78259-0200 |
| 13831418 | + | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14340587 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555080 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13897744 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13831421 | + | Greentree Mortgage Company, L.P., 2 Eastwick Drive, Suite 300, Gibbsboro, NJ 08026-1225 |
| 13831424 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 13831428 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 1750 Elm Street, Suite 1200, Manchester,NH 03104 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 24 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 24 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 24 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13896665 | | Email/PDF: ebn_ais@aisinfo.com | Nov 24 2021 23:32:40 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13831416 | + | Email/Text: bk@avant.com | Nov 24 2021 23:23:00 | Avant Inc, 640 N Lasalle St, Chicago, IL 60654-3781 |
| 13831417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:32:43 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 13831419 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 24 2021 23:32:39 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13921738 | | Email/Text: megan.harper@phila.gov | Nov 24 2021 23:23:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Law Department, Tax Unit MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, Pennsylvania 19102-1595 |
| 13833737 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13831420 | + | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:22:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 16-18322-mdc   Doc 111   Filed 11/26/21   Entered 11/27/21 00:28:53   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13915819 | + | Email/Text: ecf@buckleyking.com | Nov 24 2021 23:23:00 | Heather E. Heberlein, Buckley King LPA, 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, OH 44114-2652 |
| 13831422 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 23:23:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 13895560 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2021 23:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13831423 | + | Email/Text: BKRMailOPS@weltman.com | Nov 24 2021 23:23:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13831425 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 24 2021 23:22:00 | Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 |
| 13881422 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 24 2021 23:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13847091 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:32:40 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 13831426 | + | Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:32:43 | Onemain Fi, Po Box 499, Hanover, MD 21076-0499 |
| 13891969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:32:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14302948 | + | Email/Text: bncmail@w-legal.com | Nov 24 2021 23:23:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 13834885 | + | Email/Text: ecf@buckleyking.com | Nov 24 2021 23:23:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 13831427 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2021 23:32:39 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13986463 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021        Signature:        /s/Joseph Speetjens

Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Alfreda R. Thinner bperloff@perlofflaw.com  kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEEANE O. HUGGINS | on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com  nicole@vittilaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Sterling Jewelers  Inc. d/b/a Kay Jewelers tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Alfreda R. Thinner
        Debtor(s)

Case No: 16−18322−mdc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/24/21